Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

CHARLES C. MILLER, Respondent, *v.* UNION INDEMNITY COMPANY, Appellant.

ANNA MILLER, Respondent, *v.* UNION INDEMNITY COMPANY, Appellant.

*Insurance — action to recover upon policy of liability insurance — defense that insured had failed to co-operate in defense of action.*

*Miller* v. *Union Indemnity Co.* (2 cases), 211 App. Div. 840, affirmed.

(Argued April 3, 1925; decided May 5, 1925.)

APPEAL, in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 2, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. Plaintiffs each recovered a judgment against one William A. Loree for personal injuries occasioned through his negligent operation of a motor car. Executions were issued thereon and returned unsatisfied. These actions were thereupon brought to recover the amounts of said judgments from defendant who had issued a policy of liability insurance to said Loree which was in force at the time of the accident. The defense was that the policy contained a condition or provision to the effect that Loree should at all times render to the defendant all co-operation and assistance in his power in the matter of the investigation of the accident and in the matter of the defense of the actions; that he failed to comply with that provision. On the contrary, that he willfully refused to inform the defendant of witnesses, their names or addresses, materially injuring the defendant in the matter of the defense of the actions in question.

*Frank Gibbons* for appellant.

*Karl A. McCormick* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD HARPER, Appellant.

*Crimes — poolselling — judgment of conviction affirmed.*

*People* v. *Harper*, 207 App. Div. 869, affirmed.

(Argued April 7, 1925; decided May 5, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 30, 1923, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of poolselling, bookmaking, bets and wagers.

*James P. McManus* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

DONATO BACCARI, Appellant, v. LOUISE C. LYMAN, Respondent.

*Negligence — nuisance — streets — action to recover for personal injuries occasioned by tripping over obstruction on sidewalk.*

*Baccari* v. *Lyman*, 210 App. Div. 846, affirmed.

(Argued April 7, 1925; decided May 5, 1925.)

APPEAL from a judgment, entered February 18, 1925, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of defendant and granting a new trial and directed entry of judgment upon the verdict. This action was to recover damages for personal injuries alleged to have been sustained by the plaintiff through